CHARLES C. SANDERS, Appellant, v. THE CITY OF NEW YORK, Respondent.— Order and judgment unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

HARRY SCHARFF, Respondent, v. JOSEPH KAHANER, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

MARY SCHWARTZ, Respondent, v. MOSES HILLMAN and LILLIAN HILLMAN, Appellants, and SAMUEL SHAPIRO and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

ROSE STODDARD, Respondent, v. INTERSTATE CORRUGATED BOX COMPANY and. LOUIS VISSER, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

TOWN OF SOUTHOLD, Appellant, v. RALPH T. PRESTON, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

WILLIAM L. UNDERWOOD, Appellant, v. RICHARD SILSBE, Respondent.— Order granting defendant's motion to open his default affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

UNION FREE SCHOOL DISTRICT No. 1 OF THE TOWN OF EAST HAMPTON, Appellant, v. WILLIAM S. HEDGES, Respondent.— Judgment of the County Court of Suffolk county, as amended, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

ERNEST T. VILLAREAL, Respondent, v. MENO LISSAUER and Others, Copartners, Doing Business under the Firm Name and Style of M. LISSAUER & CIE, Appellants.— Order denying defendants' motion for a stay pursuant to section 5 of the Arbitration Law affirmed, with ten dollars costs and disbursements. No opinion, Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

In the Matter of the Application of RALPH DALE PITTMAN for Admission to the Bar. (From the State of Texas.) —Application granted. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

In the Matter of the Application to Have Stricken from the Register of Electors of the Second Election District of the Town of Mount Hope, Orange County, New York, the Names of STEPHEN KORDOS and Others, Appearing Thereon as Registered Voters, for the Election to Be Held on the 3d Day of November, 1931, — Order directing the board of inspectors of election of the second election district, town of Mount Hope, Orange county, to convene and strike from the register of electors the names of certain persons affirmed, without costs. No opinion. Lazansky, P. J., Young, Scudder and Davis, JJ., concur; Tompkins, J., dissents as to those persons who shall have been in the county of Orange at least four months prior to election day.